IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-227-RJC-DCK

| | |
|---|---|
| US FOODS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WHITE OAK MANOR - CHARLOTTE, INC. and WHITE OAK MANAGEMENT, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Alexandra J. Hirsch, concerning Matthew J. Caccamo on May 29, 2019. Mr. Matthew J. Caccamo seeks to appear as counsel *pro hac vice* for Plaintiff US Foods, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Mr. Matthew J. Caccamo is hereby admitted *pro hac vice* to represent Plaintiff US Foods, Inc.

**SO ORDERED**.

Signed: May 30, 2019

David C. Keesler
United States Magistrate Judge